**SCAN**

**cc:USM**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) No. CR 99-1196-RSWL |
| | ) |
| | ) |
| | ) **ORDER GRANTING** |
| | ) **PETITIONER'S MOTION FOR** |
| Plaintiff, | ) **REDUCTION OF SENTENCE** |
| | ) **PURSUANT TO 18 U.S.C. §** |
| v. | ) **3582(c)** |
| | ) |
| | ) |
| Donte Tyrone Rollin | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

    On February 26, 2008, Petitioner filed a Motion for Reduction of Sentence Based on 18 U.S.C. § 3582(c).  The Government filed its Response on May 7, 2008.  The Court hereby takes the matter under submission **AND RULES AS FOLLOWS**:

    When combined, 18 U.S.C. § 3582(c) and U.S.S.G. 1B1.10(c) grants this Court authority to reduce Petitioner's sentence.  The Sentencing Commission

generally reduced, by two levels, the offense levels applicable to crack cocaine offenses.

On June 12, 2000, Petitioner pled guilty to conspiring to distribute, and distribution of, approximately 103.8 grams of cocaine base.  For these offenses, Petitioner was sentence to 168 months.  At the time of the sentencing, the Guidelines supported a 168 to 210 month sentence for Petitioner's offence.  Thus Petitioner was sentenced to the low term under the Guidelines.  Subsequent to the Amendment, the Guidelines recommend a sentencing range of 140 to 175 month.

The Court considered the original sentencing recommendation, the 18 U.S.C. § 3553(a) factors, as well as the Government's support of a reduction in Petitioner's sentence to 140 months.  The Court also considered Petitioner's behavior while in custody.

Based on the above considerations, the Court determines that it is appropriate to reduce Petitioner's sentence to 140 months, to be followed by a five year period of supervised release.

**IT IS SO ORDERED.**

Date: May 30, 2008

_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge